against the weight of the credible evidence. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

JOHN HODNETT, Respondent, v. TRI POINT TRUCKERS, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

SAMUEL BLUESTEIN, Appellant, v. DAVID MILLER, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property for the Redevelopment Housing Project of the STUYVESANT TOWN CORPORATION Within the Area Bounded by East 14th and Other Streets, in the Borough of Manhattan. FEDERICA ZINGONE et al., Appellants.— First separate and partial final decree appealed from unanimously modified by increasing the award on Parcel No. 96 to $40,000 and as so modified affirmed, with costs to the appellant May C. Springer. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

In the Matter of the Accounting of RUTH BARNETT, as Administratrix of the Estate of JAMES J. BURKE, Deceased, Respondent. JOHN J. DWYER, Appellant; PATRICK BURKE et al., Respondents.— Decree unanimously affirmed, with costs to the respondents Patrick Burke, Mary A. Carey, John Bourke, Joseph Bourke and Mary Bourke. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See *post*, p. 1006.]

GOERTZEL & MELTZER, INC., Respondent, v. FIDELITY & DEPOSIT COMPANY OF MARYLAND, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore and Van Voorhis, JJ. [See *post*, p. 996.]

MARIO J. MELENDEZ et al., Respondents, v. GENERAL ACCIDENT FIRE & LIFE ASSURANCE CORPORATION, LTD., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [189 Misc. 392.] [See 274 App. Div. 763.]

EMILY S. HOWLAND, Respondent, v. FIROZ REALTY CORP., Appellant.— Determination unanimously affirmed, with costs and disbursements to the respondent, and a counsel fee of $250 awarded to respondent. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

FANNIE HILLMAN, Appellant, v. FRANK HILLMAN, Respondent.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

### (April 21, 1948.)

SADIE K. BREAKSTONE et al., Appellants, v. CONTINENTAL BANK & TRUST COMPANY OF NEW YORK et al., Respondents.— Whatever may be said of the attitude of one or two of the directors in the negotiations, we cannot say that the directors as a whole were not warranted in approving the offer of Chemical Bank & Trust Company. It was for the stockholders to decide the fate of their company. This they have done with knowledge of the competing offers. Order appealed from unanimously affirmed, with $20 costs and disbursements. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

SADIE K. BREAKSTONE et al., Appellants, v. CONTINENTAL BANK & TRUST COMPANY OF NEW YORK et al., Respondents.— Motion denied. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.